DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STANLEY MAGER,**
Appellant,

v.

**GUARDIANSHIP OF RUTH KREPS MAGER,**
Appellee.

No. 4D2023-0394

[April 4, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Charles M. Greene, Judge; L.T. Case No. PRC180000617.

Alexander Fischer and Lauren M. Allen of Sanchez Fischer Levine, LLP, Fort Lauderdale, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***